Magistrate Judge Grady J. Leupold

—————— FILED —————— LODGED
——————RECEIVED

December 5, 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ————————————————— DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

COREY E. HUFF,

Defendant.

NO.   MJ23-5424

COMPLAINT for VIOLATION

Title 18, United States Code, Section 922(g)(1)

BEFORE, GRADY J. LEUPOLD, United States Magistrate Judge, United States Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

**(Unlawful Possession of a Firearm)**

On or about December 6, 2023, in Pierce County, within the Western District of Washington, COREY E. HUFF knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

i.      *Possession with Intent to Distribute Cocaine,* in Muscogee County, Georgia, under case number 773937, on or about March 8, 2013; and

Complaint - 1
*United States v. Corey Huff*
USAO No.

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Glock handgun, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information.

I, Michael R. McDowell, being first duly sworn on oath, depose and say:

1.    I am a Special Agent (SA) with the United States Drug Enforcement Administration (DEA) and have been so employed since September 2021. I am currently assigned to the Seattle Field Division. In this capacity, I investigate violations of the Controlled Substance Act, Title 21, United States Code, Section 801, et seq., and related offenses. I have received specialized training in the enforcement and investigation of the Controlled Substance Act. I have received over 620 hours of classroom training including, but not limited to, drug identification, drug interdiction, detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and/or organizations involved in the illegal possession, possession for sale, sales, importation, smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances.

2.    In my role as a SA for the DEA, I have participated in controlled substance investigations which have resulted in the arrests of individuals, the seizures of illicit drugs and/or drug-related evidence, and the forfeiture of drug-related assets. I have been involved in the service of search warrants as part of these investigations. Because of my experience in serving these search warrants, I have become familiar with various tools, methods, trends, paraphernalia and related articles utilized by traffickers in their efforts to import, conceal, and distribute controlled substances. I am also familiar with methods of

Complaint - 2
*United States v. Corey Huff*
USAO No.

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

packaging, delivering, transferring, and laundering drug proceeds. Additionally, through my training and experience, I can identify what are likely illegal drugs by sight, odor, and texture.

3.    I have participated in the debriefing of witnesses and informants. I have also discussed with and learned from other law enforcement investigators about methods of drug smuggling, distribution, packaging, trafficking, avoiding law enforcement, and laundering proceeds, among other concerns related to drug trafficking.

4.    In addition to practical experience, I have received formal training in controlled substances enforcement. This includes training regarding controlled substance recognition, field testing, undercover investigations, telecommunications analysis, and surveillance techniques.

5.    I have also been previously certified and employed as a Police Officer in the city of Greenfield, Massachusetts. I was employed as a Police Officer from February 2015 through September 2021, during which time I conducted, or otherwise participated in the investigation of over 400 felony offenses, and over 2,000 misdemeanor offenses. In my capacity as a Police Officer, I received specialized training from the Massachusetts Municipal Police Training Committee regarding drug interdiction, and detection techniques. I have conducted, or otherwise participated in criminal investigations, including, but not limited to Possession of Controlled Substances, Distribution of Controlled Substances, Illegal possession of Firearms, financial and benefits-related fraud, and pharmaceutical-related theft. I also completed the Drug Evaluation and Classification program, administered by the National Highway and Traffic Safety Administration, and was subsequently certified as a Drug Recognition Expert from 2018 to 2022.

6.    I am providing the information in this Affidavit both from my personal observations and knowledge and from information obtained from other law enforcement

Complaint - 3
*United States v. Corey Huff*
USAO No.

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

officers and agents. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

7.      On November 29, 2023, a Grand Jury sitting in the Western District of Washington returned an indictment against 10 members of a drug trafficking organization referred to herein as the VALENCIA ROSAS DTO. On December 6, 2023, agents executed a series of search warrants issued by this Court related to the investigation into the VALENCIA ROSAS DTO; one of those warrants was issued for a residence located at 5108 San Francisco Ave SW, Trailer #35, Lakewood, Washington.

8.      Agents executed the warrant at the Lakewood, WA residence in the early morning hours of December 6, 2023.

9.      COREY HUFF was found in the master bedroom of the residence. Next to the bed was a dresser. Located in the top drawer of the dresser was HUFF's ID card and an unknown sum of money. Adjacent to the dresser was a bed. A Glock firearm was recovered from between the mattress and the box spring of the bed. The firearm was loaded with 10 rounds in the magazine, and 1 found in the chamber.

10.      HUFF was provided his *Miranda* warning and provide a statement to law enforcement. HUFF stated that upon law enforcement's arrival to the residence, he began flushing controlled substances down the toilet including cocaine, mushrooms and pills. Agents recovered blue residue from the toilet.

11.      In another room of the residence, agents recovered a 12 ton shop press, a kilogram mold, an unknown white substance, and a scale.

12.      I have reviewed court and law enforcement records related to HUFF's criminal history. These records show HUFF is a convicted felon, which prohibits him from possessing firearms. Specifically, HUFF was convicted in the State of Georgia, in Muscogee County case number 773937 for an offense of possession with intent to

Complaint - 4
*United States v. Corey Huff*
USAO No.

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

distribute cocaine committed on March 8, 2013. On June 17, 2013, he was sentenced to serve 15 years in prison.

13.     Glock firearms are not manufactured within the State of Washington. Therefore, the firearm must have traveled in interstate or foreign commerce before Corey HUFF, possessed them in the State of Washington.

14.     Based on the above facts, I respectfully submit that there is probable cause to believe that COREY HUFF did knowingly and intentionally possess a firearm in violation of Title 18, United States Code, Section 922(g)(1).

15.     This Complaint is being presented by reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3).

_____
MICHAEL R. McDOWELL
Special Agent, Drug Enforcement
Administration

The above-named agent provided a sworn statement attesting to the truth of the foregoing Complaint and Affidavit. Based on the Complaint and Affidavit, the Court hereby finds there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 6th of December 2023.

_____
GRADY J. LEUPOLD
United States Magistrate Judge

Complaint - 5
*United States v. Corey Huff*
USAO No.

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800